UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16CR00342-1 |
| | ) | |
| Guadalupe M. Cibrian | ) | |
| | ) | |
| | ) | |

## ORDER

On June 7, 2017, this case was before the Court for the conclusion of a revocation hearing, pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

During the revocation hearing on May 17, 2017, the defendant, Guadalupe M. Cibrian stipulated that he violated the terms and conditions of probation as evidenced by two new arrests for driving on a suspended license on January 12, 2017, and April 16, 2017, respectively.

Although the Court finds that the defendant, Guadalupe M. Cibrian, has violated the terms and conditions of probation, the Court has decided not to revoke his probation at this time. The Court orders that the defendant's term of probation be extended for six months, until June 12, 2018, and orders the defendant to complete payment of his $1,000 fine, his $25 special assessment, and complete the performance of twenty-four hours of community service. The Court will allow early termination of probation once all special conditions have been satisfied, upon the recommendation of the probation officer. All conditions previously imposed by this Court on December 13, 2016, and March 21, 2017, shall remain in full force and effect.

SO ORDERED this 8th day of June, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA